**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1**

MAUREEN P. STEADY, ESQUIRE (MS-6186)
KURTZMAN | STEADY, LLC
2 Kings Highway West
Suite 102
Haddonfield, NJ 08033
steady@kurtzmansteady.com
Phone (856) 428-1060
Fax (609) 482-8011
Attorneys for Maureen P. Steady, as Chapter 7 Trustee

| | |
|---|---|
| In re:<br><br>VIN-INCO ENTERPRISES, INC.,<br><br>　　　　　　　Debtor. | Chapter 7<br><br>Case No. 22-18233(JNP)<br><br>Hon. Jerrold N. Poslusny, Jr.<br><br>Hearing Date: n/a |

Recommended Local Form:　　　**X** Followed　　　☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1.　The applicant, Maureen P. Steady, Chapter 7 Trustee is the

　　**X** Trustee:　　**X** Chap. 7　　☐ Chap. 11　　☐ Chap. 13.

　　☐ Debtor:　　☐ Chap. 11　　☐ Chap. 13

　　☐ Official Committee of _____

2.　The applicant seeks to retain the following professional: RKC, LLC d/b/a RK Consultants, LLC ("RKC, LLC") to serve as:

☐Attorney for:     ☐Trustee         ☐Debtor

☐Official Committee of _____

**X** Accountant for:     **X** Trustee         ☐Debtor-in-possession

☐Official Committee of _____

☐Other Professional:

☐Realtor ☐Appraiser   ☐Special Counsel

☐Auctioneer ☐Other (specify):_____

3. The employment of the professional is necessary because:
   The Trustee requires the services described in paragraph 5 below.

4. The professional has been selected because: RKC, LLC is a forensic accounting and litigation services firm and its members have substantial preference analysis and accounting/tax experience, including representing Chapter 7 trustees in matters in cases under the Bankruptcy Code.

5. The professional services to be rendered are as follows: Review any books and records of the Debtor, prepare any necessary tax returns, and perform any other duties as is requested by the Trustee.

6. The proposed arrangement for compensation is as follows:
   Hourly, based upon the rates in effect at the times the services are rendered, subject to Bankruptcy Court approval.

   The normal hourly billing rates of the professional, subject to annual adjustment at the beginning of the calendar year, are as follows:

   | | |
   |---|---|
   | Karl Knechtel, CPA | $400 |
   | Brian Ryniker, CPA | $450 |
   | Brian Jordan, CPA | $325 |

       Jim Fasolino, CPA       $300

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   **X** None

   ☐ Describe connection: _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   **X** does not hold an adverse interest to the estate.

   **X** does not represent an adverse interest to the estate.

   **X** is a disinterested person under 11 U.S.C. § 101(14).

   **X** does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: February 17, 2023       */s/ Maureen P. Steady*
                                        MAUREEN P. STEADY
                                        CHAPTER 7 TRUSTEE