| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>Jeffrey Kurtzman, Esquire (JK-7689)<br>**KURTZMAN | STEADY, LLC**<br>2 Kings Highway West, Suite 102<br>Haddonfield, NJ  08033<br>kurtzman@kurtzmansteady.com<br>Telephone: (856) 428-1060<br><br>Attorneys for Maureen P. Steady, as Chapter 7 Trustee | Order Filed on July 6, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>VIN-INCO ENTERPRISES, INC.,<br><br>                     Debtor. | Case No. 22-18233 (JNP)<br><br>Chapter 7<br><br>Judge Jerrold N. Poslusny, Jr. |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 6, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**In re Vin-Inco Enterprises, Inc.**
**Case No. 21-18233 (JNP)**
**ORDER APPROVING FINAL COMPENSATION PURSUANT TO 11 U.S.C. §330**
**Page 2**

**THIS MATTER** having come before this Court on the First and Final Application for Compensation of Kurtzman | Steady, LLC ("Applicant"), as attorneys for Maureen P. Steady, Chapter 7 trustee herein, pursuant to 11 U.S.C. § 330, it is hereby

**ORDERED**, that Kurtzman | Steady, LLC is awarded final compensation in the amount of $5,042.95, which includes attorneys' fees in the amount of $4,973.50 and out-of-pocket expenses in the amount of $69.45 for the period from January 30, 2023 through May 26, 2023 in the above-captioned matter; and it is further

**ORDERED**, that the Trustee be and hereby is authorized to satisfy the foregoing award.